Argued and submitted August 7, affirmed December 26, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KURT PAUL METTIE,
*Defendant-Appellant.*

Multnomah County Circuit Court
050343177; A130026

174 P3d 1127

Rankin Johnson IV argued the cause and filed the brief for appellant.

Paul L. Smith, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Affirmed. *State v. Rodriguez*, 217 Or App 24, 175 P3d 471 (2007).